UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:

| | |
|---|---|
| ROBERT FONZI and ) | |
| CORRENE FONZI, ) | |
|    Plaintiffs ) | |
| ) | **COMPLAINT** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
|    Defendant ) | |

## JURISDICTION AND VENUE

1. This is an action arising under the Federal Tort Claims Act, 28 U.S.C. §§ 2671 et seq. This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1346(b).

2. Venue is proper in this judicial district because the acts and omissions complained of occurred in this judicial district.

3. All administrative conditions have been satisfied by the Plaintiffs. The claims hereunder arise out of a motor vehicle accident on June 13, 2020 involving a United States Postal Service vehicle being operated by a United States Postal Service employee in the course of his employment. The accident resulted in injuries to both Plaintiffs. Plaintiffs filed a timely administrative claim with the appropriate officials within the Postal Service by certified mail on August 6, 2020. The claim was denied by the Postal Service by letter dated September 15, 2021.

## PARTIES

4. The Plaintiff, Robert Fonzi, is an individual who resides at 92 Golden Hills Road, Saugus, Massachusetts.

5. The Plaintiff, Correne Fonzi, is an individual who resides at 92 Golden Hills Road, Saugus, Massachusetts.

6. Robert Fonzi and Correne Fonzi are husband and wife.

7. The United States of America is joined as a party Defendant pursuant to the requirements of the Federal Tort Claims Act and, through its agency or department, the United States Postal Service whose employee was operating a Postal Service vehicle in the course of his employment which was involved in an accident resulting in injuries to the Plaintiffs.

## FACTS

8. On June 13, 2020 the Plaintiff, Robert Fonzi, was operating a motorcycle on Howard Street, Saugus, Massachusetts and the Plaintiff, Correne Fonzi, was a passenger on the motorcycle.

9. At said time and place, a Postal Service truck operated by Postal Service employee, David Gregoire, in the course of his employment, was parked on the right side of Howard Street.

10. As the motorcycle operated by Robert Fonzi approached the location where the Postal Service vehicle was parked, the Postal Service employee, David Gregoire, negligently turned left into and across the motorcycle's lane of travel and directly in the path of the motorcycle.

11. As a result of the Postal Service employee, David Gregoire's negligence in turning his vehicle into the motorcycle's lane of travel, the Plaintiff, Robert Fonzi, had no opportunity to stop his motorcycle or otherwise avoid a collision with the Postal Service vehicle.

12. Robert Fonzi's motorcycle collided with the Postal Service vehicle causing the Plaintiffs to be thrown from the motorcycle and sustain severe injuries.

13. The Plaintiffs' injuries were caused entirely by the negligent operation of the Postal Service vehicle by the Postal Service employee, David Gregoire.

14. The Plaintiff, Robert Fonzi, operated his motorcycle with due care and was not comparatively negligent in any way or manner.

15. The Plaintiff, Correne Fonzi, acted with due care and was not comparatively negligent in any way or manner.

## CLAIMS FOR RELIEF

### COUNT I
(Negligence – Robert Fonzi v. United States of America)

16. Plaintiffs repeat the allegations set forth in paragraphs 1-15 above and incorporate the same by reference as if fully set forth herein.

17. As a direct and proximate result of Defendant's negligence, the Plaintiff, Robert Fonzi, suffered severe injuries; was caused to suffer great physical, mental and emotional pain and suffering; was obliged to incur and will continue to incur substantial medical expenses; has suffered a loss of earning capacity; and has permanent disabilities and loss of function.

WHEREFORE, the Plaintiff, Robert Fonzi, demands judgment from the Defendant, United States of America, for compensation in a fair amount for all past, present and future injuries, suffering and losses recoverable by law for injuries to the Plaintiff, Robert Fonzi, plus costs and interest thereon.

<u>COUNT II</u>
(Negligence – Correne Fonzi v. United States of America)

18. Plaintiffs repeat the allegations set forth in paragraphs 1-17 above and incorporate the same by reference as if fully set forth herein.

19. As a direct and proximate result of Defendant's negligence, the Plaintiff, Correne Fonzi, suffered severe injuries; was caused to suffer great physical, mental and emotional pain and suffering; was obliged to incur and will continue to incur substantial medical expenses; has suffered a loss of earning capacity; and has permanent disabilities and loss of function.

WHEREFORE, the Plaintiff, Correne Fonzi, demands judgment from the Defendant, United States of America, for compensation in a fair amount for all past, present and future injuries, suffering and losses recoverable by law for injuries to the Plaintiff, Correne Fonzi, plus costs and interest thereon.

Respectfully Submitted,
Plaintiffs,
By Their Attorney,

_/s/ John Lang_
John J. Lang, Esq.
BBO# 542286
Lang & Associates
220 Broadway, Suite 105
Lynnfield, MA 01940
Telephone: (781) 595-3500
Facsimile: (781) 595-8585
jlang@jlangandassociates.com

Dated: 9-30-21